# *UNITED STATES DISTRICT COURT*

# *DISTRICT OF ARIZONA*

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER:   26-9054 MJ |
| 1.) Brayan Alexis AGUILAR ALVARADO<br>2.) Daniel Guadalupe MONTOYA CASTRO | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent for the United States Forest Service and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:        ☒ Yes        ☐ No

AUTHORIZED BY: Marcus Shand, AUSA on behalf of AUSA Bradley Baugher *MS*

| | |
|---|---|
| SA Matthew Peterson, USFS | MATTHEW PETERSON  Digitally signed by MATTHEW PETERSON  Date: 2026.03.11 11:10:27 -06' |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me
3/11/2026@11:11am

| | | |
|---|---|---|
| Date | at | Phoenix, Arizona |
| | | City and State |

| | |
|---|---|
| HONORABLE EILEEN S. WILLETT<br>United States Magistrate Judge | *EsWillett* |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A

## DESCRIPTION OF COUNTS

### COUNT 1

**Possession of a firearm by an alien unlawfully present in the United States.**

On or about May 1, 2026, in the County of Maricopa within the District of Arizona, the defendant, Brayan Alexis AGUILAR ALVARADO, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: (1) Walther, model Colt Government, .22 LR caliber pistol bearing serial number WD076733. The Walther pistol had previously been shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

### COUNT 2

**Possession of a firearm by an alien unlawfully present in the United States.**

On or about May 1, 2026, in the County of Maricopa within the District of Arizona, the defendant, Daniel Guadalupe MONTOYA CASTRO, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: (1) Rock Island Armory, model M1911 A1-FS, 9mm pistol bearing serial number R1A2495101. The Rock Island Armory pistol had previously been shipped or transported in interstate or foreign commerce. All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

//

//

**ATTACHMENT B**

**STATEMENT OF PROBABLE CAUSE**

I, Matthew Peterson, a Special Agent (SA) for United States Department of Agriculture (USDA), Forest Service (FS) being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent (SA) with the United States Department of Agriculture (USDA) Forest Service (FS) and have been appointed as a SA since January 12, 2025. Prior to my tenure as a SA, I served as a Law Enforcement Officer (LEO) with the USDA FS from December 2020 to January 2025 and a fully commissioned New Mexico Department of Game and Fish, Wildlife Conservation Officer from September 2013 to August 2015 and again from August 2016 to December 2020. Currently I am assigned to the Santa Fe and Carson National Forests in northern New Mexico.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses.

3.      Based on the below facts, I submit there is probable cause that Brayan Alexis AGUILAR ALVARADO and Daniel Guadalupe MONTOYA CASTRO, committed the crime(s) of possession of a firearm by an alien unlawfully present in the United States, in violation of Title 18, United States Code (U.S.C.) §§922(g)(5) and 924(a)(8).

**PROBABLE CAUSE**

4.      On May 1, 2026, at approximately 08:00p.m, while conducting a multi-agency patrol operation in the Lower Sycamore Dispersed Recreation Area (LSDRA) on the Tonto National Forest (TNF) within the Mesa Ranger District in Maricopa County, District of Arizona, I observed a dark colored SUV pull into one of the user created shooting pits along Forest Road (FR) 403. I

observed two men, later identified as Brayan Alexis AGUILAR ALVARADO and Daniel Guadalupe MONTOYA CASTRO and two women exit the vehicle. AGUILAR ALVARADO and MONTOYA CASTRO each discharge separate pistols at scattered refuse lying on the ground.

5. Pursuant to Tonto National Forest Order 03-12-00-23-36 (eff. 10/20/2023), discharging a firearm at scattered refuse for the purpose of target shooting is prohibited. This prohibition order was established to mitigate the ongoing sanitation issue within the LSDRA. On FR 403, near the entrance of the user created shooting pits, there is a large informational kiosk that displays the prohibition order and specifies the type of targets that are legal to use. The order is also available to the public via the TNF webpage and the TNF Facebook page.

6. I, along with USFS Law Enforcement Officers (LEOs), and Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Deportation Officers (DOs) approached the group to address the violation.

7. On initial contact, two firearms were secured from the vehicle. A Walther, model Colt Government, .22 LR caliber pistol bearing serial number WD076733 and a Rock Island Armory, model M1911 A1-FS, 9mm pistol bearing serial number R1A2495101.

8. Due to a Spanish language barrier, I conducted the following interview using a translator. Before interviewing AGUILAR ALVARADO, I identified myself and stated I wanted to speak to him concerning the events of the evening. The Spanish translator then read AGUILAR ALVARADO his Miranda rights from the USDA FS Advice/Waiver of Rights form. AGUILAR ALVARADO signed the form and agreed to waive his rights and speak with me. AGUILAR ALVARADO was asked to explain the events of the evening. AGUILAR ALVARADO stated they had driven around in the area before pulling into the shooting pit where he had shot his firearm. AGUILAR ALVARADO stated he had been shooting the Walther, 22lr pistol and said he had borrowed it from a friend and brought it with him to the LSDRA.

9. I examined AGUILAR ALVARADO's Mexico Voter ID card which he had provided officers as identification. I asked if he had an Arizona (AZ) ID. He said no. I asked if he had anything with an AZ address. He said no. I asked if he had a hunting or fishing license. He said no. At this point AGUILAR ALVARADO provided me with a Sinaloa, Mexico drivers license. I

asked AGUILAR ALVARADO if he had a visa. He said no. I asked if he had any visa to be here. AGUILAR ALVARADO said no. I asked how he had arrived in the country. He said he walked across the border.

10.    I then interviewed MONTOYA CASTRO. Due to a Spanish language barrier, I conducted the following interview using a translator. Before interviewing MONTOYA CASTRO, I identified myself and stated I wanted to speak to him concerning the events of the evening. The Spanish translator then read MONTOYA CASTRO his Miranda rights from the USDA FS Advice/Waiver of Rights form. MONTOYA CASTRO signed the form and agreed to waive his rights and speak with me. MONTOYA CASTRO was asked to explain the events of the evening. MONTOYA CASTRO said they drove around the area before pulling into the shooting pit where he discharged a firearm at the trash on the ground. MONTOYA CASTRO stated he was shooting the Rock Island Armory, 9mm pistol. He said he had borrowed it from a friend that was not at the LSDRA

11.    I examined MONTOYA CASTRO's Mexico Voter ID card which he had provided officers as identification. I asked MONTOYA CASTRO if he had and AZ address. He said no. I asked if he had a drivers license from AZ or any other state. He said no. I asked if he had a hunting or fishing license. He said no. I asked if he had a Social Security Card. He said no. MONTOYA CASTRO stated he had an expired Mexican passport but he didn't have it with him. I asked how he was here with an expired passport. MONTOYA CASTRO said he walked into the country near Nogales.

12.    Following my interviews both firearms were seized and are being stored at the Mesa Ranger Station. The incident was recorded with and agency issued Axon 4 body worn camera and the digital evidence is being stored on fs.us.evidence.com

13.    ICE confirmed AGUILAR ALVARADO and MONTOYA CASTRO are Mexican nationals unlawfully and illegally present in the United States and had no pending applications to become a U.S citizen.

14.    AGUILAR ALVARADO and MONTOYA CASTRO currently in custody at the ICE Detention Center in Florence, Arizona, with pending immigration hearings on March 12, 2026.

15.     On March 4, 2026, a Nexus Expert with the Bureau of Alcohol, Tobacco, Firearms and Ammunition (ATF), examined photographs of the abovementioned firearms. The ATF Nexus Expert confirmed the mentioned firearms were manufactured outside of the state of Arizona. Therefore, the firearms traveled in interstate or foreign commerce since they were found in Arizona.

### CONCLUSION

20.     For these reasons, I submit that there is probable cause to believe Brayan Alexis AGUILAR ALVARADO and Daniel Guadalupe MONTOYA CASTRO committed the offenses alleged in the Complaint.

21.     I declare under the penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct.

MATTHEW PETERS Digitally signed by MATTHEW PETERS
Date: 2026.03.11 11:11:24 -06'00'

Matthew Peterson
Special Agent
United States Forest Service

Sworn to and subscribed electronically this 11 day of March 2026.

_EsWillett_

HONORABLE EILEEN S. WILLETT
United States Magistrate Judge